UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury N-21-2

UNITED STATES OF AMERICA

v.

ALEX BRADLEY

CRIMINAL NO. 3:22CR169 (SVN) (LAK)

VIOLATIONS:
18 U.S.C. § 844(e)
(Maliciously conveying false
information about explosive)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Maliciously conveying false information about explosive)

On or about May 9, 2021, in the District of Connecticut, the defendant ALEX BRADLEY, through the use of a telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt to kill, to injure, and to intimidate those at Yale New Haven Hospital, in New Haven, Connecticut, and to unlawfully damage and destroy a building and other real and personal property located at Yale New Haven Hospital, by means of an explosive, in or affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(e).

A TRUE BILL
/s/

_____
GRAND JURY FOREPERSON

UNITED STATES OF AMERICA

_____
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
MARGARET M. DONOVAN
ASSISTANT UNITED STATES ATTORNEY