LF 245D  (08/2025) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Alex Bradley | Case Number:     0205 3:22CR00169-001 |
| | USM Number:  98425-509 |

Josh B. Ewing
_____
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilty to violation of condition(s) Mand. #3, Spec. #2, Spec. _____ of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You must refrain from any unlawful use of a controlled substance. | August 8, 2024 |
| 2 | Defendant must participate in a program recommended by the U.S.P.O and approved by the Court for inpatient or outpatient substance abuse treatment and testing | October 28, 2024 |
| 3 | Defendant must complete detox program, inpatient residential program, and step-down residential sober home aftercare program. | October 28, 2024 |

*Check this box if you require additional space for more violation(s).* [ ]

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 3826 _____

Defendant's Date of Birth:  1979 _____

August 19, 2025
_____
Date of Imposition of Sentence

Sarala V. Nagala   Digitally signed by Sarala V. Nagala
Date: 2025.08.25 08:29:47 -04'00'
_____
Signature of Judge

Honorable Sarala V. Nagala
United States District Judge
Name and Title of Judge

August 25, 2025
_____
Date

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
        Sheet 2 -- Imprisonment

DEFENDANT:      Alex Bradley
CASE NUMBER:    0205 3:22CR00169-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Time Served

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    on _____

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
          Sheet 3 -- Supervised Release

DEFENDANT:        Alex Bradley
CASE NUMBER:      0205 3:22CR00169-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 24 months

### MANDATORY CONDITIONS

1. You must not  commit another federal, state, or local crime.
2. You must  not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination you pose a low risk of future substance abuse.  *(check if applicable)*

4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.)* as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.  *(check, if applicable)*

6. ☐ You must participate in an approved program for domestic abuse.  *(check, if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

*Check this box if you require additional space for supervised release terms.* ☐

## STANDARD CONDITIONS OF SUPERVISION

*Click the box next to the Condition to include on this form.*

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to vis it you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

 A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgement containing these conditions.  For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at : www.uscourts.gov

Defendant's Signature _____      Date _____

*Check this box if you require additional space for special conditions of supervision.* ☑

LF 245D   (Rev. 03/2019) Judgment in a Criminal Case for Revocations
          Sheet 3C -- Supervised Release

DEFENDANT:        Alex Bradley
CASE NUMBER:        0205 3:22CR00169-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You must participate in a program recommended by the Probation Office and approved by the Court for mental health treatment. You must follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay all or a portion of the costs associated with treatment based on your ability to pay, as recommended by the probation officer and approved by the Court.

2. You must participate in a program recommended by the Probation Office for substance abuse treatment and testing. You must follow the rules and regulations of that program. The probation officer will supervise your participation in the program. You must pay all or a portion of the costs associated with treatment based on your ability to pay, as recommended by the probation officer and approved by the Court.

3. You must observe nine (9) sessions of Support Court in Hartford, Connecticut within the first year of Supervised Release.

4. You must complete 60 hours of community service in the first year of Supervision Release and 60 hours in the second year of Supervised Release, for a total of 120 hours.

5. You are required to live with your father and any change of residence must be approved by the Court in advance.

6. You must comply with the medication program prescribed by a licensed medical practitioner.